ORIGINAL

Of Counsel:
SHIM & CHANG

ROY K. S. CHANG         #1733-0
roy@shimchanglawyers.com
HARVEY M. DEMETRAKOPOULOS #5033-0
harvey@shimchanglawyers.com
333 Queen Street, Suite 900
Honolulu, Hawaii         96813
Telephone No. (808)524-5803
Facsimile No. (808)538-3853

Attorneys for Plaintiff
SYLVIA SEPHTON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 14 2019
at 3 o'clock and 50 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SYLVIA SEPHTON,<br><br>               Plaintiff,<br><br>   vs.<br><br>GGP ALA MOANA LLC, a Delaware nonprofit corporation,<br><br>               Defendant. | CIVIL NO. CV 18-00467 JAO-RT<br>(Other Personal Injury Tort)<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND ALL PARTIES**<br><br>Trial date: June 29, 2020<br>Time: 9:00 am |

STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE OF ALL CLAIMS AND ALL PARTIES

Plaintiff SYLVIA SEPHTON, and Defendant GGP ALA MOANA LLC, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and Local Rule 41.1, hereby stipulate that the above-entitled action and all claims against all parties therein, be and are hereby

dismissed *without prejudice*, with both parties to bear their own attorneys' fees and costs.

All appearing parties have signed this Stipulation through their respective counsel. Trial is set for June 29, 2020. There are no remaining claims or parties.

DATED: Honolulu, Hawaii, _March 7, 2019_.

ROY K. S. CHANG
HARVEY M. DEMETRAKOPOULOS
Attorneys for Plaintiff
SYLVIA SEPHTON

DATED: Honolulu, Hawaii, _March 8, 2019_.

DUANE R. MIYASHIRO
JAMIE C. S. MADRIAGA
Attorneys for Defendant
GGP ALA MOANA LLC

APPROVED AS TO FORM:

JILL A. OTAKE
UNITED STATES DISTRICT JUDGE